# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MICHAEL DWAYNE ROBERTSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1651

———————————————

June 17, 2026

Appeal from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Blair Allen, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.